# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JASON ALTHEIDE,

    Plaintiff

v.

CARPENTER, et. al.,

    Defendants

Case No.: 3:19-cv-00638-MMD-WGC

**Order**

Re: ECF No. 24

Before the court is Defendants' Motion for Extension of Time to file a Response to Plaintiff's Motion for Preliminary Injunction. (ECF No. 24.) Defendants request a 30-day extension of time to file a response to Plaintiff's motion for preliminary injunction (ECF No. 22).

This case has been stayed pending an early mediation conference (EMC). The EMC has been set for December 15, 2020. (ECF No. 23.)

Defendants' motion (ECF No. 24) is **GRANTED**. Should the parties not reach a settlement at the EMC on December 15, 2020, Defendants have up to and including **January 8, 2021** to file their response to Plaintiff's motion for preliminary injunction. Plaintiff has up to and including **January 19, 2021** to file a reply brief.

**IT IS SO ORDERED**.

Dated: November 17, 2020

William G. Cobb
United States Magistrate Judge