AARON D. FORD
  Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1263
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*
*Gloria Carpenter and Dawn Jones*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JASON ALTHEIDE,<br><br>    Plaintiff,<br><br>vs.<br><br>CARPENTER, *et al.*,<br><br>    Defendants. | Case No. 3:19-cv-00638-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, Jason Altheide, in pro per, and by defendants, Gloria Carpenter and Dawn Jones, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon at the Early Mediation Conference which concluded on December 15, 2020.

DATED: 1-7-21, 2020

By: _____
Jason Altheide
*Plaintiff Pro Se*

DATED: January 14, 2020 2021

By: _____
Andrea M. Dominguez, Bar No. 15209
Deputy Attorney General
*Attorneys for NDOC Defendants*

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 1/19/2021

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this __14__ day of __January__, 2021, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Jason Altheide, #1169889
High Desert State Prison
22010 Cold Creek Road
P. O Box 650
Indian Springs, NV 89070
HDSP_lawlibrary@doc.nv.gov

*Perla M. Hernandez*

_____
An employee of the
Office of the Attorney General